Alisa Admiral (SBN 265251)
**LAW OFFICES OF ALISA ADMIRAL**
5150 E Pacific Coast Hwy, Suite 200
Long Beach, CA 90804
Phone: 562-277-1500
Fax: 562-277-1501
Email: alisa@admirallegal.com

Attorney for Debtor:
ANTONIO VILLANUEVA

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 2:13-bk-36884-SK |
| | CHAPTER 13 |
| ANTONIO VILLANUEVA, | **STIPULATION VACATING THE ORAL ORDER OF THE COURT DISMISSING CHAPTER 13 CASE AND REINSTATING THE CASE** |
| DEBTORS. | [NO HEARING REQUIRED] |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR'S ATTORNEY AND ALL OTHER PARTIES IN INTEREST:**

COMES NOW, the Chapter 13 Trustee KATHY A. DOCKERY ("Trustee") by and through her undersigned attorney and the Debtor ANTONIO VILLANUEVA ("Debtor"), by and through his undersigned attorney who hereby stipulate to vacate the order of the court dismissing the case and for reinstatement of the case.

///

1

## RECITALS

1. On May 22, 2014, the Court held a continued confirmation hearing in this matter where the Court ordered the case to be dismissed due to insufficient plan payments.
2. The written order dismissing the case has not been entered as of the date of this stipulation.
3. Prior to the continued confirmation hearing, the Debtor's attorney had filed an amended plan significantly increasing the plan payment, but had not notified Debtor of the payment increase. (See Declaration of Debtor).
4. Because he was not informed of the higher payment, Debtor continued to tender plan payments at the lower amount. (See Declaration of Debtor).
5. Therefore, at the continued confirmation hearing, plan payments were short, and the case was dismissed.
6. Debtor has the ability to make the plan payments at the higher amount. (See Declaration of Debtor).
7. Based on the foregoing circumstances, this stipulation is entered into between the parties to vacate the dismissal of the case and to reinstate the case.

## STIPULATION

WHEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The order of the Court dismissing the chapter 13 case shall be vacated and the case shall be reinstated upon entry of the order approving this stipulation;
2. The continued confirmation hearing in this case shall be set for August 7, 2014 at 10:00 a.m.;
3. This Stipulation and Agreement is entered into voluntarily by the Debtor with full knowledge of the circumstances set forth herein;

1      4.    This Agreement may not be modified except in writing and signed by the parties hereto.

**IT IS SO STIPULATED.**

DATED: 6/11/14

_____
AKIHITO KOYAMA, STAFF ATTORNEY
FOR CHAPTER 13 TRUSTEE
KATHY A. DOCKERY

**LAW OFFICES OF ALISA ADMIRAL**

DATED: 6/12/14

_____
ALISA ADMIRAL
ATTORNEY FOR THE DEBTORS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5150 E Pacific Coast Hwy, Suite 200, Long Beach, CA 90804

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION VACATING THE ORAL ORDER OF THE COURT DISMISSING CHAPTER 13 CASE AND REINSTATING THE CASE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/12/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.la.ecf@usdoj.gov ; Kathy A Dockery (TR) efiling@CH13LA.com; Phillip Giles: ecfcacb@piteduncan.com; Leslie Klott:bankruptcy@zievelaw.com; Erickson Davis:erikdavis@att.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/12/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra Klein, United States Bankruptcy Court, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012
Debtor: Antonio Villanueva, 1914 Kent St., Los Angeles, CA 90026

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/12/2014 | Tayler Nichols | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Ocwen Loan Servicing, LLC              U.S. Bank National Association, as Trustee f
0973-2                                 c/o Law Offices of Les Zieve           LAW OFFICES OF LES ZIEVE
Case 2:13-bk-36884-SK                  30 Corporate Park, Suite 450           30 Corporate Park, Suite 450
Central District Of California         Irvine, CA 92606-3401                  Irvine, CA 92606-3401
Los Angeles
Thu Jun 12 11:33:06 PDT 2014

United States Trustee (LA)             Los Angeles Division                   Ocwen Loan Servicing, LLC
915 Wilshire Blvd, Suite 1850          255 East Temple Street,                1661 Worthington Road, Suite 100
Los Angeles, CA 90017-3560             Los Angeles, CA 90012-3332             West Palm Beach, FL 33409-6493


Alisa C Admiral                        Antonio Villanueva                     Erikson M Davis
Law Offices of Alisa Admiral           1914 Kent Street                       Law Offices of Erikson M Davis
5150 E Pacific Coast Hwy Ste 200       Los Angeles, CA 90026-4141             20501 Ventura Blvd  Ste 270
Long Beach, CA 90804-3399                                                     Woodland Hills, CA 91364-0842


Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017-4212
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMorgan Chase Bank, National Association    End of Label Matrix
                                                Mailable recipients    9
                                                Bypassed recipients    1
                                                Total                 10
```